IN RE BRANCH LICENSE APPLICATION OF JEFFREY I.
KAUFMAN AND ROBERT C. MORENSTEIN.

October 5, 1982.

Leave to appeal is granted and movants may operate the branch office in question pending disposition of the appeal in the Appellate Division.   Jurisdiction is not retained.

STATE OF NEW JERSEY v. CYRUS HATAMI.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GLADYS KELLY.

October 12, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL BROWN.

October 12, 1982.

Petition for certification denied.